**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**DECEMBER 19, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7137**

In the Matter of                                   Case Number:

Central States, Southeast and Southwest Areas Pension Fund., et al., (Plaintiffs),
v.
Buck Dean Excavating, LLC, an Illinois limited liability corporation, (Defendant).

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund., et al., (Plaintiffs)

| |
|---|
| NAME (Type or print)<br>/s/ Albert M. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Albert M. Madden |
| FIRM<br>Central States Law Department |
| STREET ADDRESS<br>9377 W Higgins Road, 10th Floor |
| CITY/STATE/ZIP<br>Rosemont, IL  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03127399 | TELEPHONE NUMBER<br>(847) 518-9800, Ext. 3478 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |