AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 7137**

SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund., et al., (Plaintiffs),

CASE NUMBER:

V.

ASSIGNED JUDGE: **JUDGE KENDALL
MAGISTRATE JUDGE KEYS**

Buck Dean Excavating, LLC,
an Illinois limited liability corporation,
(Defendant).

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Buck Dean Excavating, LLC
c/o Erwin Martinkus & Cole - Registered Agent
411 West University Avenue
Champaign, IL  61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward H. Bogle, Esq.
Central States Law Department
9377 W. Higgins Road - 10th Floor
Rosemont, IL  60018

in answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Michael W. Dobbins, Clerk

By) DEPUTY CLERK

December 20, 2007
Date

```
Control #  20081              THE SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS

Case #:    2007C 7137          Type  SUM        Def#-  1 of  1    Origin- 10

Court Date:    /00/0000        Date Filed: 12/20/2007  Date Rec'd:  1/02/2008 14:18:4

Defendant:  BUCK DEAN EXCAVATING (REG AGT ERWIN MART COLE     Attempted Services
Address:    411 W UNIVERSITY AVE, CHA                                     Date  Time

Emplyer:
Address:                                                        _____ _____:___

Plaintiff: CENTRAL STATES                                       _____ _____:___
Address:
Phone:                                                          _____ _____:___
Service Info/Comments:
-----------------------------------------------------------------------------
  20 DAY SUMMONS
  847-518-9800
-----------------------------------------------------------------------------
I Certify that I served this process on the defendant as follows:

X  1-PERSONAL SERVICE: By leaving a copy of the _____SUMMONS_____ and
      complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said _____SUMMONS_____ at his
      usual place of abode with a person of the family of said defendant
      of age 13 years or upward and by informing such person with whom said
      _____SUMMONS_____ was left of the contents thereof and by also sending
      a copy of said PROCESS in a sealed envelope, postage fully prepaid,
      addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION  SERVICE: By leaving a copy of the _____SUMMONS_____
      with an agent of said  corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.

___ 5-OTHER (      SUMMONS      ): _____
```

Person Served: BROWN DAWN          Address: 411 W UNIVERSITY
SEX F   RACE W   DOB 9/29/69   HT ___  WT ___   Mailed Date: ___
Date Served: 1/4/08   Time: 1350HRS

DAN WALSH, SHERIFF CHAMPAIGN COUNTY    BY: M R Neves 524  , DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
                         REASON NOT SERVED:
                ___ 01 MOVED - NO FORWARDING    ___ 06 EMPLOYER REFUSAL
                ___ 02 NO SUCH ADDRESS          ___ 07 DECEASED
                ___ 03 NO CONTACT MADE          ___ 08 EVADED SERVICE
                ___ 04 WRONG ADDRESS            ___ 09 RETURNED PER ATTY
                ___ 05 MOVED - FORWARDING _____
ATT/PLF                        POOR PERSON OR        SHERIFF'S SERVICE FEES
                                NO CHARGE____        SERVICE_____ $
CENTRAL STATES LAW DEPART                            MILES TRAVELED $
9377 W HIGGINS RD                                    RETURN_____  $
                               BALANCE DUE Ø         TOTAL_____  $
ROSEMONT IL 60018

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.
```