# Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 7137**

SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund., et al., (Plaintiffs),

CASE NUMBER:

**JUDGE KENDALL
MAGISTRATE JUDGE KEYS**

V.

ASSIGNED JUDGE:

Buck Dean Excavating, LLC,
an Illinois limited liability corporation,
(Defendant).

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Buck Dean Excavating, LLC
c/o Erwin Martinkus & Cole - Registered Agent
411 West University Avenue
Champaign, IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward H. Bogle, Esq.
Central States Law Department
9377 W. Higgins Road - 10th Floor
Rosemont, IL 60018

in answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By) DEPUTY CLERK

December 20, 2007
Date

JAN 07 2008
CHAMPAIGN COUNTY
SHERIFF'S OFFICE

Control # 20081                    THE CIRCUIT COURT OF CHAMPAIGN COUNTY, ILLINOIS

Case #: 2007C 2127          Type SUM     Def#- 1 of 1     Origin- 10

Court Date:  /00/0000       Date Filed: 12/20/2007  Date Rec'd: 1/02/2008 14:18:4

Defendant: RUCK DEAN EXCAVATING (REG AGT ERWIN MART COLE      Attempted Services
Address:   411 W UNIVERSITY AVE, CHA                          Date   Time

Employer:
Address:

Plaintiff: CENTRAL STATES
Address:
Phone:
Service Info/Comments:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  20 DAY SUMMONS
  847-518-9800
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I Certify that I served this process on the defendant as follows:

X   1-PERSONAL SERVICE: By leaving a copy of the ____SUMMONS____ and
    complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said ____SUMMONS____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    ____SUMMONS____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION SERVICE: By leaving a copy of the ____SUMMONS____
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county. _____

___ 5-OTHER (       SUMMONS        ): _____

Person Served: BROWN DAWN          Address: 411 W UNIVERSITY
SEX F  RACE W  DOB 9/29/69  HT ___  WT ___  Mailed Date: _____
Date Served: 1/4/08  Time: 1350HRS

DAN WALSH, SHERIFF CHAMPAIGN COUNTY    BY: N.R. Neves 524       , DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                      REASON NOT SERVED:
         ___ 01 MOVED - NO FORWARDING   ___ 06 EMPLOYER REFUSAL
         ___ 02 NO SUCH ADDRESS         ___ 07 DECEASED
         ___ 03 NO CONTACT MADE         ___ 08 EVADED SERVICE
         ___ 04 WRONG ADDRESS           ___ 09 RETURNED PER ATTY
         ___ 05 MOVED - FORWARDING _____

ATT/PLF                       POOR PERSON OR      SHERIFF'S SERVICE FEES
                              NO CHARGE ___       SERVICE _____ $
CENTRAL STATES LAW DEPART                         MILES TRAVELED $
9377 W HIGGINS RD                                 RETURN _____ $
                              BALANCE DUE Ø       TOTAL _____ $
ROSEMONT IL 60018

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.