# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCK DEAN EXCAVATING, LLC, <br><br> Defendant. | Case No. 07 CV 7137 <br><br> District Judge Kendall |

### AFFIDAVIT OF EDWARD H. BOGLE

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS: |
| COUNTY OF COOK | ) | |

I, Edward H. Bogle, having been fully sworn upon my oath, depose and state as follows:

1. I am an adult and am otherwise competent to give evidence.

2. I have personal knowledge with respect to the facts set forth in this Affidavit.

3. If called as a witness in this matter, I would testify consistently with this Affidavit.

4. I am an attorney employed by the Plaintiffs in this matter: Central States, Southeast and Southwest Areas Pension Fund, and Central States, Southeast and Southwest Areas Health and Welfare Fund (collectively, the "Funds").

5. I was admitted to the bar of the State of Illinois in 2002 and to the bar of the United States District Court for the Northern District of Illinois in 2002.

6. I am a member of this Court's trial bar and have also been admitted to practice before the Central and Southern Districts of Illinois, the Eastern District of

F: 250542 / 07111011         -1-

Michigan, the Eastern and Western Districts of Wisconsin, the Northern District of Indiana, and the Courts of Appeals for the Fourth, Sixth, Seventh, Tenth, and Eleventh Circuits.

7. I am familiar with the above-captioned litigation.

8. I have reviewed the Funds' billing records and have determined that the work performed in connection with this case was performed by myself.

9. Copies of the billing records for this matter that reflect the work performed, and the expenses and costs incurred, are attached hereto as Exhibit 1.

10. I believe that a reasonable rate for the aforementioned legal services is $150.00 per hour for work performed by myself.

11. On that basis, the total of legal fees incurred in this matter is $1,545.00, consisting of 10.3 hours.

12. The Funds have also incurred costs in the amount of $389.00 in connection with this litigation.

13. Consequently, the total amount of attorney's fees and costs incurred by the Funds in this matter is $1,934.00.

14. I believe that the aforementioned court costs and attorney's fees were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Edward H. Bogle

Subscribed and sworn to before
me, a Notary Public of the State
of Illinois, this 25th day
of January, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Karla J. Genitoni
Notary Public, State of Illinois
My Commission Exp. 09/03/2009

# Exhibit 1

**Central States Funds**
9377 West Higgins Road
Rosemont, Illinois 60018

January 25, 2008

Case Name: **Buck Dean Excavating, LLC II**
Control No: **07111011**
Case Type: **CON**
Allocation:  **3**

---

**Description of Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/13/2007 | EHB | Receive/review new file; confer with Sue Sittner. | 0.40 | 60.00 |
| 12/19/2007 | EHB | Review file; draft complaint; review/finalize complaint for filing; review and electronically file complaint, appearances, cover sheet and summons. | 2.50 | 375.00 |
| 12/20/2007 | EHB | Receive/review filed documents; confer with George O. Hansen; review/execute new case memo and memo to Pete Priede; put case out for service; review file; receive/review ECF notices. | 1.50 | 225.00 |
| 12/21/2007 | EHB | Receive/review ECF documents; review and organize files; docket dates. | 0.40 | 60.00 |
| 1/8/2008 | EHB | Receive and review minute order; docket dates; review file. | 0.40 | 60.00 |
| 1/14/2008 | EHB | Receive and review return of service. | 0.20 | 30.00 |
| 1/22/2008 | EHB | Review file; e-file return of service, draft Notice of Motion, Motion for Default; Affidavit of Edward H. Bogle and Affidavit of Jo Evelyn George Roberson; e-mail Larry Davis. | 2.00 | 300.00 |

**Buck Dean Excavating, LLC II**
07111011
CON
3

January 25, 2008
Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/23/2008 | EHB | Check status of figures for default motion. | 0.10 | 15.00 |
| 1/24/2008 | EHB | E-mail Jo Evelyn George Roberson; confer with Jo Evelyn George Roberson; receive and review balance sheet. | 0.30 | 45.00 |
| 1/25/2008 | EHB | Revise and finalize Motion for Default, Affidavits of Jo Evelyn George Roberson and Edward H. Bogle and Notice of Motion; review and edit billing record; prepare Motion for Default and documents for filing; e-file same; receive and review ECF notices; docket dates. | 2.50 | 375.00 |
| **Total Fees** |  |  | **10.30** | **$1,545.00** |

**Buck Dean Excavating, LLC II**
07111011
CON
3

January 25, 2008
Page 3

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 12/19/2007 | Clerk of the Court, U.S. District Court, Northern District of Illinois<br>Complaint Filing Fee | 350.00 |
| 12/20/2007 | Champaign County Sheriff<br>Fee for service of summons and complaint. | 39.00 |
| | **Total Expenses** | **$389.00** |
| | **Total amount of this bill** | **$1,934.00** |