**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, *et al.,*  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>BUCK DEAN EXCAVATING, LLC,  )<br><br>Defendant.  ) | Case No. 07 CV 7137<br><br>District Judge Kendall |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, January 31, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Virginia M. Kendall, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2319, Chicago, Illinois, or such other Judge as may be sitting in her stead, and then and there present the attached Plaintiffs' Motion for Default Judgment. You are entitled to appear and be heard.

Respectfully submitted,

*Edward H. Bogle*

Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
ebogle@centralstatesfunds.org

January 25, 2008

## CERTIFICATE OF SERVICE

I, Edward H. Bogle, attorney for Plaintiffs, certify that on January 25, 2008, I caused the foregoing Notice of Motion to be filed electronically.  This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, who are listed below, I served the foregoing by mailing it to:

Buck Dean Excavating, LLC
c/o Erwin Martinkus & Cole, Registered Agent
411 West University Avenue
Champaign, Illinois 61820

Said document was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 25th day of January, 2008.

_____
Edward H. Bogle
Attorney for Plaintiffs

F: 250541 / 07111011