# United States District Court
## Northern District of Illinois
### Eastern Division

Central States                            **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 07 C 7137

Buck Dean Excavating, LLC

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

X     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Default Judgement is entered in favor of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall as Trustee, and against Defendant Buck Dean Excavating, LLC. Plaintiffs are awarded judgment in the total amount of $22,479.88. This amount consists of the following: $4,881.70 in unpaid contributions to the Pension Fund; $11,696.35 in unpaid contributions to the Health and Welfare Fund; $185.14 in interest to the Pension Fund (through January 31, 2008); $467.08 in interest to the Health and Welfare Fund (also through January 31, 2008); $976.34 in liquidated damages to the Pension Fund; $2,339.27 in liquidated damages to the Health and Welfare Fund; $1,545.00 in attorneys' fees; and $389.00 in costs. Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to 2% plus the prime interest rate established by the Chase Manhattan Bank (New York, New York) for the 15th day of the month for which interest is charged, and shall be compounded annually.

                                         Michael W. Dobbins, Clerk of Court

Date: 2/1/2008                      /s/ Ken Wood, Deputy Clerk