**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUCK DEAN EXCAVATING, LLC,<br><br>Defendant. | Case No. 07 CV 7137<br><br>District Judge Kendall |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, April 30, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Virginia M. Kendall, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2319, Chicago, Illinois, or such other Judge as may be sitting in her stead, and then and there present the attached Plaintiffs' Motion for Release of Garnished Funds.  You are entitled to appear and be heard.

Respectfully submitted,

  /s/ Edward H. Bogle
Edward H. Bogle (ARDC No. 6277152)
Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
ebogle@centralstatesfunds.org

April 24, 2008

F: 250541 / 07111011

## CERTIFICATE OF SERVICE

I, Edward H. Bogle, one of the attorneys for Central States, Southeast and Southwest Areas Pension Fund, certify that I served the foregoing Plaintiffs' Motion For Release of Funds to:

> Mr. Buck Dean
> 607 S. Walnut St.
> Mahomet, IL   61853

Said Motion was sent via U.S. Postal service, 1st class mail to the parties denoted above from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938  this 24th day of April, 2008.

  /s/ Edward H. Bogle
Edward H. Bogle
Plaintiffs' Attorney