IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | |
| Plaintiffs, | Case No. 07 C 7137 |
| v. | District Judge Kendall |
| BUCK DEAN EXCAVATING, LLC. an Illinois limited liability corporation, | Magistrate Judge Keys |
| Defendant. | |

## ORDER

THIS MATTER comes to be heard on Plaintiffs' motion for release of garnished funds. The Court is fully advised.

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The First Federal Savings Bank of Champaign-Urbana is to release $3,528.49 to Plaintiffs by mailing a check in said amount made payable to Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds to the following address within 14 days of the entry of this Order:

Central States Funds Law Department
Attention: Edward H. Bogle
9377 W. Higgins Road
Rosemont, IL  60018-5123

ENTERED: *[signature]* Virginia M. Kendall
DATED: 5-1-08

F:260321 / 07111011