

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD MCDOUGALL,<br>　　　　Plaintiffs,<br>　　-vs-<br>BUCK DEAN EXCAVATING, LLC., an Illinois limited liability corporation,<br>　　　　Defendant,<br>　　and<br>FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA<br>　　　　Garnishee-Defendant. | CASE NO. 07 C 7137<br>JUDGE KENDALL<br><br>FILED<br>JUN 10 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

ANSWER: __Yes__
　　　　(Yes or No)

2. If your answer is yes, describe the property:

__Buck Dean Excavating, LLC owns a checking account at First Federal #160000148, with $534.71. We have held the funds in this account.__

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

ANSWER: __No.__
　　　　(Yes or No)

4. If your answer is yes, state:

Description: _____

Amount: $ _____

Date Due: _____

### AFFIDAVIT

__Estela Matthews__ on oath states that the answers to the interrogatories are true.

F:263558 / 07111011 / 5/28/08　　　　-2-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST and )
SOUTHWEST AREAS PENSION FUND and )
HEALTH & WELFARE FUND and HOWARD )
McDOUGALL, )
          Plaintiffs, )
    -vs- )    CASE NO.   07 C 7137
 )    JUDGE KENDALL
BUCK DEAN EXCAVATING, LLC, an )
Illinois limited liability corporation, )
          Defendant, )
    and )
 )
FIRST FEDERAL SAVINGS BANK OF )
CHAMPAIGN-URBANA )
          Garnishee-Defendant. )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Edward H. Bogle, on oath states:

1. Judgment was entered on **January 31, 2008**, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall and against judgment debtor Buck Dean Excavating, LLC. for **$22,479.88** and costs.

2. $___3,528.49___ has been paid on judgment.

3. There is unpaid on the judgment:

    $18,951.39   principal

    $   -0-   cost

    $   498.55   interest

    $19,449.94   TOTAL

4. I believe garnishee **First Federal Savings Bank of Champaign-Urbana** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:   May 29, 2008

/s/ Edward H. Bogle

NAME:   Edward H. Bogle
ATTORNEY FOR:   Central States Funds, et al.
ADDRESS:   9377 West Higgins Road
CITY:   Rosemont, Illinois  60018-4938
TELEPHONE:   847-518-9800, Ext.3469

F:263558 / 07111011 / 5/28/08

-1-

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD McDOUGALL, <br> Plaintiffs <br> -vs- <br><br> BUCK DEAN EXCAVATING, LLC., an Illinois limited liability corporation, <br> Defendant <br><br> and <br><br> FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA <br> Garnishee-Defendant. | Case No. 07 C 7137 <br> Judge Kendall |

### GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before **June 27, 2008**. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

MICHAEL W. DOBBINS
Clerk of the Court

Date: MAY 29 2008

Yvette Montanez
Deputy Clerk
(Seal of Court)

NOTE: This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.
** 21-30 days after date of issuance of this summons.

F:263556 / 07111011 / 5/28/08

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/5/08
          Date

Signature of Server: _MR Neves 52400_

Address of Server: _204 E Main, Urbana_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.