UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD MCDOUGALL,<br>    Plaintiffs,<br>-vs-<br>BUCK DEAN EXCAVATING, LLC., an Illinois limited liability corporation,<br>    Defendant,<br>and<br>FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA<br>    Garnishee-Defendant. | CASE NO. 07 C 7137<br>JUDGE KENDALL |

FILED
JUN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



### INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

ANSWER: __Yes__
(Yes or No)

2. If your answer is yes, describe the property:

Buck Dean Excavating, LLC owns a checking account at First Federal #160000148, with $534.71. We have held the funds in this account.

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

ANSWER: __No.__
(Yes or No)

4. If your answer is yes, state:

Description: _____

Amount: $ _____

Date Due: _____

### AFFIDAVIT

__Estela Matthews.__ on oath states that the answers to the interrogatories are true.

F:263558 / 071111011 / 5/28/08     -2-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD McDOUGALL, <br> Plaintiffs, <br> -vs- <br> BUCK DEAN EXCAVATING, LLC, an Illinois limited liability corporation, <br> Defendant, <br> and <br> FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA <br> Garnishee-Defendant. | CASE NO. 07 C 7137 <br> JUDGE KENDALL |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Edward H. Bogle, on oath states:

1. Judgment was entered on **January 31, 2008**, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall and against judgment debtor Buck Dean Excavating, LLC. for **$22,479.88** and costs.

2. $ 3,528.49 has been paid on judgment.

3. There is unpaid on the judgment:

    $18,951.39   principal

    $    -0-     cost

    $   498.55   interest

    $19,449.94   TOTAL

4. I believe garnishee **First Federal Savings Bank of Champaign-Urbana** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:   May 29, 2008

NAME:           Edward H. Bogle
ATTORNEY FOR:   Central States Funds, et al.
ADDRESS:        9377 West Higgins Road
CITY:           Rosemont, Illinois 60018-4938
TELEPHONE:      847-518-9800, Ext.3469

F:263558 / 071111011 / 5/28/08                                            -1-