Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7137 | **DATE** | 6/19/2008 |
| **CASE TITLE** | CENTRAL STATES et al vs. BUCK DEAN EXCAVATING | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for release of garnished funds [#29] is granted. Garnishee-defendant First Federal Savings Bank of Champaign-Urbana is ordered to release $534.71 to plaintiffs.

X see order attached

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|