IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCK DEAN EXCAVATING, LLC, <br><br> Defendant. | Case No. 07 CV 7137 <br><br> District Judge Kendall |

### ORDER

**THIS MATTER** coming to be heard on Plaintiffs' Motion for Release of Garnished Funds [Dkt. No. 29]; due notice having been given; Plaintiffs appearing through counsel and Defendant failing to appear; and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion [Dkt. No. 29] is **GRANTED**. The Garnishee-Defendant, First Federal Savings Bank of Champaign-Urbana, is **ORDERED** to release $534.71 to Plaintiffs by mailing a check in said amount (made payable to the Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds) to the following address within 14 days of the entry of this Order:

Central States Funds Law Department
Attention: Edward H. Bogle
9377 W. Higgins Road
Rosemont, IL 60018-5123

ENTERED: _____
United States District Judge
Hon. Virginia M. Kendall

DATED: __6-19__, 2008

F:265581 / 071111011