# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7137 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund vs. Buck Dean Excavating, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/08/08 at 9:00 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LXS |
|---|---|---|