BR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD MCDOUGALL, <br> Plaintiffs, <br> -vs- <br><br> BUCK DEAN EXCAVATING, LLC., an Illinois limited liability corporation, <br> Defendant, <br> and <br><br> FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA <br> Garnishee-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 07 C 7137 <br> JUDGE KENDALL <br> MAGISTRATE JUDGE KEYS <br><br> **F I L E D** <br><br> AUG 0 7 2008 PH <br> Aug 7, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### INTERROGATORIES TO GARNISHEE

1.  When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

    ANSWER: __Yes__
    (Yes or No)

2.  If your answer is yes, describe the property:

    __Buck Dean Excavating, LLC owns a checking account at First Federal #160000148, with $343.49. We have held the funds in this account.__

3.  When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

    ANSWER: __No__
    (Yes or No)

4.  If your answer is yes, state:

    Description: _____

    Amount: $ _____

    Date Due: _____

### AFFIDAVIT

__Estela Matthews__ on oath states that the answers to the interrogatories are true.

F:263558 / 07111011 / 7/18/08          -2-

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND and HEALTH & WELFARE FUND and HOWARD McDOUGALL,<br>Plaintiffs,<br>-vs-<br>BUCK DEAN EXCAVATING, LLC, an Illinois limited liability corporation,<br>Defendant,<br>and<br>FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA<br>Garnishee-Defendant. | CASE NO. 07 C 7137<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS<br><br>RECEIVED<br>JUL 18 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Edward H. Bogle, on oath states:

1. Judgment was entered on **January 31, 2008**, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall and against judgment debtor Buck Dean Excavating, LLC. for **$22,479.88** and costs.

2. $ 4,063.20 has been paid on judgment.

3. There is unpaid on the judgment:

   $18,951.39   principal

   $     -0-    cost

   $    152.54  interest

   $19,103.93   TOTAL

4. I believe garnishee **First Federal Savings Bank of Champaign-Urbana** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:   July 18, 2008

_Edward H. Bogle_ (signature)

NAME:          Edward H. Bogle
ATTORNEY FOR:  Central States Funds, et al.
ADDRESS:       9377 West Higgins Road
CITY:          Rosemont, Illinois 60018-4938
TELEPHONE:     847-518-9800, Ext. 3469

F:263558 / 071111011 / 7/18/08                -1-                    **EXHIBIT A**



**FIRST FEDERAL**
SAVINGS BANK OF CHAMPAIGN-URBANA
P.O. Box 1010
Champaign, IL 61824-1010

RETURN SERVICE REQUESTED

US130 MAILED AT 627

PRESORTED
FIRST CLASS

$00.348
Mailed From 61820
08/01/2008
US POSTAGE

RECEIVED U.S. Courthouse
AUG 07 2008        219 South Dearborn St-
MICHAEL W DOBBINS      Chicago, Il 60604
CLERK, U.S. DISTRICT COURT

FG1XP31 606 04

# EXHIBIT A