IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 7137 |
| v. | ) ) | District Judge Kendall |
| BUCK DEAN EXCAVATING, LLC, | ) ) | Magistrate Judge Keys |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, August 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Arlander Keys, Magistrate Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2230, Chicago, Illinois, or such other Judge as may be sitting in his stead, and then and there present the attached Plaintiffs' Motion for Release of Garnished Funds. You are entitled to appear and be heard.

Respectfully submitted,

    */s/ Edward H. Bogle*
Edward H. Bogle (ARDC No. 6277152)
Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
August 12, 2008                                   ebogle@centralstatesfunds.org

## CERTIFICATE OF SERVICE

    I, Edward H. Bogle, attorney for Plaintiffs, certify that on August 12, 2008, I caused the foregoing Notice of Motion to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing it to:

Mr. Buck Dean
607 S. Walnut St.
Mahomet, Illinois 61853

Said document was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 12th day of August, 2008.

                                                    */s/ Edward H. Bogle*
                                                    Edward H. Bogle
                                                    Attorney for Plaintiffs