Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Kendall | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7137 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund et al v. Buck Dean Excavating, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiffs' Motion for release of funds from Garnishee-Defendant First Federal Savings Bank of Champaign-Urbana in the amount of $343.49. The motion is granted (#39). Garnishee-Defendant First Federal Savings Bank of Champaign-Urbana to release the $343.49 held on deposit for Defendant to Plaintiffs by mailing a check made payable to the Central States, Southeast and Southwest Areas Pension Fund to the attorney for Plaintiffs, Edward H. Bogle *AL*

Docketing to mail notices.

00:05;oah

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|