Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7137 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund, et al vs. Buck Dean Excavating, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' counsel only appears. The Court was advised that citation to discover assets proceedings are underway. Any motions concerning post-judgment proceedings are to be noticed before this Court. *AK*

Docketing to mail notices.

00:05 nfpc

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

07C7137 Central States, Southeast and Southwest Areas Pension Fund, et al vs. Buck Dean Excavating, LLC     Page 1 of 1